Date of Arrest: 09/23

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Pedro GALINDO-Gonzalez AKA: Pedro GALINDO-Gonzalez 099761462 YOB: 1983 Citizen of: Mexico Defendant | Magistrate Case No. 16-1742MJ <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 23, 2016, Defendant Pedro GALINDO-Gonzalez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Laredo, Texas on or about May 17, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Signature of Complainant
Samuel Horrocks
Border Patrol Agent

Sworn to before me and subscribed in my presence,

September 26, 2016      at      Yuma, Arizona
Date                                    City and State

James F Metcalf, United States Magistrate
Name & Title of Judicial Officer                Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Pedro GALINDO-Gonzalez
AKA: Pedro GALINDO-Gonzalez
0997 61462

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 23, 2016, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Hidalgo, Texas on or about April 10, 2008. The Defendant was most recently removed on or about May 17, 2016, through the port of Laredo, Texas.

Agents determined that on or about September 23, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 26, 2016
Date

_____
Signature of Judicial Officer

-2-

## Probable Cause Statement

I, Border Patrol Agent Samuel Horrocks, declare under penalty of perjury, the following is true and correct:

Defendant: **Pedro GALINDO-Gonzalez**

Dependents: 2 UNITED STATES CITIZEN

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on eight (8) previous occasions. The Defendant has been removed a total of nine (9) times.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 05/08/2006 | Nashville, Tennessee | DUI | 11 Months 29 Days Imprisonment |
| 10/28/2011 | Sherman, Texas | Assault Causes Bodily Injury Family Member | 120 Days Imprisonment |
| 09/30/2013 | Brownsville, Texas | Illegal Entry | 3 Days Imprisonment |
| 10/07/2013 | McAllen, Texas | Illegal Entry | 45 Days Imprisonment |
| 03/10/2014 | Laredo, Texas | Illegal Entry | 120 Days Imprisonment |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 23, 2016, near null, null. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Hidalgo, Texas on or about April 10, 2008. The Defendant was most recently removed on or about May 17, 2016, through the port of Laredo, Texas.

Agents determined that on or about September 23, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: September 23, 2016     Time: 02:50 PM MST

Signed: *Samuel Horrocks, Border Patrol Agent*